IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN RAMSAY,** *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )   **CIVIL ACTION 17-0063-WS-N** |
| | ) |
| **GLOBAL DIGITAL SOLUTIONS,** | ) |
| **INC.,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**FINAL JUDGMENT**

    In accordance with the separate Order entered on this date, effectuating the terms of the parties' *Pro Tanto* Settlement Agreement, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be, and the same hereby is, entered in favor of plaintiffs and against defendants Global Digital Solutions, Inc. and North American Custom Specialty Vehicles, Inc. in the amount of **$300,000**.  The Court expressly determines that there is no just reason for delay; therefore, pursuant to Rule 54(b), Fed.R.Civ.P., this Judgment is final as to all claims asserted by plaintiffs against defendants Global Digital Solutions, Inc. and North American Custom Specialty Vehicles, Inc.

    DONE and ORDERED this 3rd day of August, 2017.

                                          s/ WILLIAM H. STEELE
                                          UNITED STATES DISTRICT JUDGE