UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN RAMSAY and** | * |
| **CARL D. DEKLE, as Personal Representative** | * |
| **of the Estate of Brian A. Dekle, Deceased,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| *vs*. | *    **Case No.: 1:17-cv-63** |
| | * |
| **GLOBAL DIGITAL SOLUTIONS, INC.;** | * |
| **NORTH AMERICAN CUSTOM SPECIALTY** | * |
| **VEHICLES, INC.; and RICHARD J.** | * |
| **SULLIVAN,** | * |
| | * |
| **Defendants.** | * |

### PLAINTIFFS' SATISFACTION OF JUDGMENT AGAINST DEFENDANTS GLOBAL DIGITAL SOLUTIONS, INC. AND NORTH AMERICAN CUSTOM SPECIALTY VEHICLES, INC.

Plaintiffs hereby give notice that their judgment (doc. 30) against Defendants GLOBAL DIGITAL SOLUTIONS, INC. and NORTH AMERICAN CUSTOM SPECIALTY VEHICLES, INC. has been satisfied in full.

Respectfully Submitted,

*/s/ Richard E. Davis*
RICHARD E. DAVIS (DAVIR9858)
Attorney for Plaintiffs

**OF COUNSEL:**
Davis & Fields, P.C.
Post Office Box 2925
Daphne, Alabama 36526
(251) 621-1555
(251) 621-1520
rdavis@davis-fields.com

1

## **CERTIFICATE OF SERVICE**

      The undersigned, by affixing his signature hereto, certifies that he has, on this 5th day of September, 2017, electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will serve electronic notifications of such filing to the following and/or served a copy of this pleading on parties to this proceeding by mailing the same by United States mail, first class postage prepaid and addressed as follows:

| | |
|---|---|
| Eric C. Golden, Esq.<br>Gennifer L. Bridges, Esq.<br>BURR & FORMAN, LLP<br>Suite 800, 200 South Orange Avenue<br>Orlando, FL  32801 | Edward G. Bowron, Esq.<br>Ed Bowron Law, LLC<br>P.O. Box 34<br>Mobile, AL 36601-0034 |
| Richard J. Sullivan<br>777 South Flagler Drive<br>Suite 800 West Tower<br>West Palm Beach, FL 33401 | |

                                                */s/ Richard E. Davis*
                                                RICHARD E. DAVIS

81142