IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN RAMSAY**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 17-0063-WS-N |
| | ) |
| **GLOBAL DIGITAL SOLUTIONS, INC.**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on the Notice of Dismissal (doc. 34) filed by plaintiffs, John Ramsay and Carl D. Dekle. In that filing, plaintiffs state that they have elected to dismiss without prejudice their claims against the lone remaining defendant, Richard J. Sullivan. Pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., a plaintiff may dismiss an action without order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment …." *Id.* The court file confirms that defendant Sullivan (against whom a Clerk's Entry of Default has been entered) never filed an answer or a motion for summary judgment. As such, plaintiffs are entitled to dismiss their claims unilaterally, and without court action.[1] In accordance with the Notice of Dismissal, plaintiffs' claims against Richard J. Sullivan are **dismissed without prejudice**, each party to bear his own costs. There being no remaining, unresolved claims or issues joined in this action, the Clerk of Court is directed to close this file for statistical and administrative purposes.

DONE and ORDERED this 13th day of September, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012) ("notices of dismissal allowed for under Rule 41(a)(1)(A)(i) are effective upon filing"); *Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010) ("As the notice of dismissal was filed before the United States had served its answer or motion for summary judgment, Qureshi's notice was … immediately self-effectuating. … [I]n the normal course, the district court is divested of jurisdiction over the case by the filing of the notice of dismissal itself.").